AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOEY WHITAKER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:20-cv-75

EXCELL INDUSTRICES; JOHN DOE; JANE DOES; and VIDALIA SMALL ENGINE SERVICE,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated February 24, 2021, granting Plaintiff Joey Whitaker's Motion to remand, the Court remands this case to the Toombs County State Court. This case stands closed.

Approved by: _____

March 2, 2021
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03